# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **WILLIAM CHRISTIAN,** | |
| Plaintiff, | 8:13CV326 |
| vs. | |
| **TWO F EXPRESS** and **FLEITAS Y. YERO,** | ORDER |
| Defendants. | |

This matter comes before the Court upon the plaintiff's Motion for Substitution of Service (Filing No. 7) upon the defendant Two F. Express, Inc. The Court, being fully advised in the matter, finds that sufficient investigation has been made, and the plaintiff is unable to obtain service with reasonable diligence by any other method as provided by statute. Accordingly,

**IT IS ORDERED**:

The plaintiff's Motion for Substitution of Service (Filing No. 7) upon the defendant Two F. Express, Inc. is granted. The plaintiff is hereby granted leave to serve the defendant Two F Express by publication.

Dated this 6th day of January, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge